IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KHALIFAH E.D. SAIF'ULLAH,

    Plaintiff,                    No. CIV S-05-0829 LKK GGH P

    vs.

CALIFORNIA BOARD OF
PRISON TERMS, et al.,

    Defendants.                  ORDER

_____/

        Plaintiff is a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On February 23, 2006, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within twenty days. Plaintiff has filed objections to the findings and recommendations.

        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a <u>de</u> <u>novo</u> review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by

1

1  proper analysis.

2     Accordingly, IT IS HEREBY ORDERED that:

3     1. The findings and recommendations filed February 23, 2006, are adopted in
4  full;

5     2. This action is dismissed.

6  DATED: March 30, 2006.

7

8              /s/Lawrence K. Karlton
            UNITED STATES DISTRICT JUDGE

10  saif829.804